IN THE U.S. DISTRICT COURT OF MARYLAND
FOR DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Dylan Clark, et al.,** | * | |
| **Plaintiffs** | * | |
| v. | * | Case No. ELH-14-00824 |
| **Karpathoes, Inc., et al.,** | * | |
| **Defendants** | * | |

**PLAINTIFFS' MOTION FOR A FOUR (4) DAY EXTENSION
OF TIME TO FILE AN OPPOSITION MEMORANDUM**

Plaintiffs, by their undersigned counsel, move for a four (4) day extension of time, i.e., up to and including Friday, May 23, 2014, in which to file a response to the motion of dismiss filed by Defendants. (Doc. 8). Defense counsel has kindly agreed to the requested extension, but have not reviewed this filing.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant the foregoing motion for leave to amend.

Respectfully submitted,

/s/ *(with permission)*  
Howard B. Hoffman  
Federal Bar No. 25965  
600 Jefferson Plaza, Ste. 304  
Rockville, Maryland 20852  
(301) 251-3752

*Counsel for Plaintiffs*

/s/ Bradford W. Warbasse  
Bradford W. Warbasse  
Federal Bar No. 07304  
401 Washington Avenue, Ste. 200  
Towson, Maryland 21204  
(410) 337-5411

*Counsel for Plaintiffs*