IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EVAN G. FORD, *et al*. | * | |
| | * | |
| | * | Case No.: 1:14-cv-00824-ELH |
| *Plaintiffs,* | * | |
| | * | |
| vs. | * | |
| | * | |
| KARPATHOES, INC., *et al.* | * | |
| | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS
KARPATHOES, INC., GEORGE SAKELLIS, AND
ROULA RIGOPOULA SAKELLIS TO FILE A RESPONSE
TO PLAINTIFFS' MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES**

COMES NOW Defendants Karpathoes, Inc., George Sakellis, and Roula Rigopoula Sakellis, ("Defendants"), by and through undersigned counsel, Robert B. Schulman, David I. Weinstein, Jennifer M. Valinski, and Schulman, Hershfield & Gilden, P.A., and with the consent of Plaintiffs, Evan Ford, *et al.*, move pursuant to Fed.R.Civ.P. 6(b), for this Honorable Court to extend the time for Defendants to file their response to Plaintiffs' Motion to Strike Certain Affirmative Defenses, to June 5, 2015, in the above-captioned matter.

In support thereof, Defendants refer this Honorable Court to the attached Memorandum of Points and Authorities filed hereto.

Dated: May 4, 2015.

Respectfully submitted,

SCHULMAN, HERSHFIELD & GILDEN, PA

*/s/ David I. Weinstein*
Robert B. Schulman, Bar No. 00068
David I. Weinstein, Bar No. 10715
Jennifer M. Valinski, Bar No. 14532
1 E. Pratt Street, Suite 904
Baltimore, MD 21202
P: 410-332-0850 / F: 410-332-0866
E: dweinstein@shg-legal.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of May 2015, the foregoing Consent Motion for Extension of Time was served electronically via the Court's CM/ECF System on:

Howard B. Hoffman, Esquire
600 Jefferson Plaza, Ste. 304
Rockville, Maryland 20852

Bradford W. Warbasse, Esquire
401 Washington Avenue, Ste. 200
Towson, Maryland 21204

*Counsel for Plaintiffs*

*/s/ David I. Weinstein*
David I. Weinstein