IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EVAN G. FORD, *et al*. | * |
| | * |
| | *   Case No.: 1:14-cv-00824-ELH |
| *Plaintiffs,* | * |
| | * |
| vs. | * |
| | * |
| KARPATHOES, INC., *et al.* | * |
| | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME**

COMES NOW Defendants Karpathoes, Inc., George Sakellis, and Roula Rigopoula Sakellis, ("Defendants"), by and through undersigned counsel, Robert B. Schulman, David I. Weinstein, Jennifer M. Valinski, and Schulman, Hershfield & Gilden, P.A., and states the following in support of their Memorandum of Points and Authorities in support of their Consent Motion for Extension of Time:

1.    The above-captioned matter concerns a wage dispute in connection with Plaintiffs Evan Ford, et al., ("Plaintiffs") work as servers and/or bartenders at the restaurant known as Fratelli's Italian Restaurant, owned and operated by Defendant Karpathoes, Inc.  Generally, Plaintiff claims that Defendants were their employers and failed to pay them a minimum hourly and overtime wages pursuant to the Federal Fair Labor Standards Act of 1938 ("FLSA"), as amended 29 U.S.C. §§ 201, *et seq*. and pursuant to the Maryland Wage and Hour Law ("MWHL") and Maryland Wage Payment Control Act ("MWPCL").

2.    On April 3, 2015, Plaintiffs filed a First Amended Complaint against Defendants. On April 13, 2015, Defendants filed their Answer and Affirmative Defenses.  On April 30, 2015,

1

Plaintiffs filed their Motion to Strike Certain Affirmative Defenses.  Accordingly, Defendants' response is due on May 14, 2015.

3. Defendants respectfully request this Honorable Court grant them an extension to June 5, 2015, in which to file their respective response.  Given the undersigned's current litigation schedule and vacation schedule, Defendants will require the additional time in which to prepare and file their response.

4. This request is not be made for any dilatory or tactical purpose and no party will be prejudiced should this Motion be granted.

5. Plaintiffs have provided their consent to the filing of this Motion and the requested relief therein.

WHEREFORE, for the above premises considered, Defendants respectfully request this Honorable Court:

A. Grant the Consent Motion for Extension of Time for Defendants to file their responsive pleading to Plaintiffs' Motion to Strike Certain Affirmative Defenses;

B. Order that Defendants' response be due on June 5, 2015;

C. Order such other and further relief as their cause may require.


Dated: May 4, 2015.

        Respectfully submitted,

        SCHULMAN, HERSHFIELD & GILDEN, PA

        */s/ David I. Weinstein*
        Robert B. Schulman, Bar No. 00068
        David I. Weinstein, Bar No. 10715
        Jennifer M. Valinski, Bar No. 14532
        1 E. Pratt Street, Suite 904
        Baltimore, MD 21202
        P: 410-332-0850 / F: 410-332-0866
        E: dweinstein@shg-legal.com

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of May 2015, the Memorandum of Points and Authorities in Support of the Consent Motion for Extension of Time, and proposed Order was served electronically via the Court's CM/ECF System on:

Howard B. Hoffman, Esquire
600 Jefferson Plaza, Ste. 304
Rockville, Maryland 20852

Bradford W. Warbasse, Esquire
401 Washington Avenue, Ste. 200
Towson, Maryland 21204

*Counsel for Plaintiffs*

        */s/ David I. Weinstein*
        David I. Weinstein